An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RAUL BALLINAS MARTINEZ,
Appellant,
vs.
CHRISTINA F. MARTINEZ,
Respondent.

No. 65332

**FILED**

AUG 0 6 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY: _R. Malone_
DEPUTY CLERK

### ORDER DISMISSING APPEAL

The parties' stipulation to dismiss this appeal, with each party to bear their own fees and costs, is approved. NRAP 42(b). Accordingly, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Tracie K Lindeman_

cc:    Hon. Gayle Nathan, District Judge
       Scalia Law Firm
       Pecos Law Group
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-25752